# IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

        Appellant,

vs.

NATIONSTAR MORTGAGE LLC, A
DELAWARE LIMITED LIABILITY
COMPANY; AND U.S. BANK
NATIONAL ASSOCIATION, AS
TRUSTEE FOR LEHMAN XS TRUST
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-10N,

        Respondents.

No. 78154

FILED

NOV 30 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Ronald J. Israel, District Judge
       Janet Trost, Settlement Judge
       Kim Gilbert Ebron
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-43307